UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-04950-MRA-PDx | Date | April 26, 2024 |
|---|---|---|---|
| Title | *Fresh Funding, LLC v. Ammar J. Jarbouh, et al.* | | |

Present: The Honorable **PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE**

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** Order to Show Cause Why Case Should Not Be Dismissed

On July 29, 2023, Plaintiff filed a Certificate of Service, along with a Subpoena to Testify at a Deposition in a Civil Action and a letter dated July 11, 2023. [Dkt. No. 11.] The deposition of Ammar J. Jarbouh was scheduled for August 15, 2023. [Dkt. No. 11-2.] Since August 2023, Plaintiff has not filed anything, and it does not appear that there is anything pending before the Court.

In light of the above, Plaintiff is ordered to show cause why this case should not be dismissed by no later than **Friday, May 3, 2024**. Failure to respond will result in the case being dismissed.

IT IS SO ORDERED.

Initials of Preparer   IV