JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH FUNDING, LLC, <br><br>        Plaintiff, <br><br>    v. <br><br> AMMAR J. JARBOUH, et al., <br><br>        Defendants. | Case No. 2:23-cv-04950-MRA-PDx <br><br> **JUDGMENT** |

  Pursuant to the Order Dismissing Action,

  IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>May 1, 2024</u>

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE